## 46667. WHITE v. CATES REALTY COMPANY.

QUILLIAN, Judge. The appellee filed a claim against the appellant on an unconditional promissory note. The appellant filed an answer in which he alleged: (1) that there was a failure of consideration; (2) that the payment of the note was conditional. *Held:*

1. "It is true, of course, that the maker of a note when sued, has the right to show by parol, if he can, a want or failure of consideration, but he will not be allowed to prove that his obligation to pay was dependent or conditional upon the promisee's compliance with a prior or contemporaneous agreement not expressed in the note, unless the execution of the note was induced by fraud, accident, or mistake." *Lee v. Garland,* 208 Ga. 251 (1) (66 SE2d 223), and cases therein cited.

Therefore, it was not error to exclude parol evidence which would have changed the unconditional promissory note into a conditional obligation.

2. While the appellant argues that he was not allowed to introduce evidence as to a failure of consideration, the evidence excluded was in regard to the extrinsic condition precedent and not to a failure of consideration.

*Judgment affirmed. Jordan, P. J., and Evans, J., concur.*
ARGUED OCTOBER 6, 1971—DECIDED DECEMBER 1, 1971.

*Hilliard & Head, H. Garland Head, III,* for appellant.
*Carnes & White, James A. White, Jr.,* for appellee.